Louise Luebke, by Robert B. Luebke, Conservator of the Estate of Louise Luebke, Incompetent and Robert B. Luebke, Individually, Plaintiffs-Appellees, v. Laura M. Browning, Defendant-Appellant, and First National Bank of Lake Forest, as Trustee Under Trust Nos. 492 and 471, and as Administrator of the Estate of Harry J. Luebke, Deceased, Defendant.

Gen No. 48,900.

First District, Third Division.
November 6, 1963.

Hubbard, Hubbard, O'Brien & Hall, all of Chicago, for appellant, Laura Browning; Patrick F. Murray and John E. Toomey, both of Chicago

(John E. Toomey, of counsel), for appellee, Robert B. Luebke, as Conservator of the Estate of Louise Luebke. Opinion by JUSTICE DEMPSEY. Not to be published in full.